# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL BARNETT, JR., | ) | No. ED CV 13-1428-GHK (PLA) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| G.D. LEWIS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: 1/25/15

_____
HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE